IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| THEODORE JUSTICE, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:16-cv-00127-SWW |
| | * | |
| | * | |
| JANNA DAVENPORT, in her official | * | |
| capacity as Dispute Resolution Specialist, | * | |
| Arkansas Better Business Bureau, and | * | |
| JANET ROBB, in her official capacity | * | |
| as President/CEO of the Arkansas Better | * | |
| Business Bureau, | * | |
| | * | |
| Defendants. | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is Considered, Ordered, and Adjudged that this action is hereby dismissed.

IT IS SO ORDERED this 11th day of March 2016

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE